Argued January 6, affirmed February 23, 1967

In the Matter of the Estate of
FRANCES J. BETTMAN, Deceased
STRAUB, *Appellant, v.* FIRST NATIONAL
BANK OF OREGON, *Respondent.*
423 P. 2d 952

*Oliver I. Norville,* Special Assistant Attorney General, Portland, argued the cause for appellant. With him on the briefs was Robert Y. Thornton, Attorney General, Salem.

*William B. Crow,* Portland, argued the cause for respondent. With him on the brief were Frank E. Nash and King, Miller, Anderson, Nash & Yerke, Portland.

Before Perry, Chief Justice, and Sloan, Goodwin, Holman and Lusk, Justices.

PER CURIAM.

The question presented in this case is identical to that presented in *U. S. National Bank v. Straub,* 246 Or 61, 423 P2d 949, decided this date. The decision of that case is controlling upon the question in this case.

Affirmed.